**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:
JACK DANIEL WILLIAMS
MEGAN LEIGH WILLIAMS
DEBTORS                                                                CASE NO. 19-20187

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

State Farm Bank, F.S.B. filed an objection to confirmation of the plan. [Doc 17]. Any changes in valuation of the 2014 Toyota Tacoma, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
       Cheryl E. James,
       Attorney for Trustee
       Ky. Bar ID: 88883
       P.O. Box 2204
       Lexington, KY 40588-2204
       (859) 233-1527
       notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on John M. Schultz, Esq. on April 29, 2019.

Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
       Cheryl E. James,
       Attorney for Trustee